AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_middle_ District of _Alabama_

Ann J. Cargo
Plaintiff
v.

State of Alabama
Board of Pardons + Parole Division
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1065

TO: (Name and address of Defendant)

State of Alabama
Board of Pardons + Parole
Legal Division
301 S. Ripley St
Montgomery, Al 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Honorable Roianne H. Conner
250 Winton Blount Loop
Montgomery, Al 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    12-06-2007
CLERK               DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/06/07 |
| NAME OF SERVER (PRINT) KENNETH R. PEOPLES SR | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
Accepted by Steven M. Sirmon

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/06/07
                   Date                              Signature of Server

Address of Server: 207 Montg. St. Ste 222
Montg. AL 36104

RETURNED AND FILED
DEC 11 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.