IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANN J. CARGO )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv1065-CSC
)
STATE OF ALABAMA: BD OF PARDONS&PAROL )
)
Defendants, )

RECEIVED
2007 DEC 11  A 11:48

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ann Cargo, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

12/11/2007
Date
(Signature)
Roianne Houlton Conner
(Counsel's Name)

Ann Cargo
Counsel for (print names of all parties)
250 Winton Blount Loop
Montgomery, AL 36117
Address, City, State Zip Code
334-215-1988
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Roianne Houlton Conner, do hereby Certify that a true and correct copy of the foregoing has been furnished by u.s mail and electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th day of December 20 07, to:

State of Alabama: Board of Pardons and Parole

Steven M. Sirmon

301 S. Ripley Street

Montgomery, AL 36104

12/11/2007
Date

Signature