IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANN J. CARGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-1065-CSC |
| | ) |
| THE STATE OF ALABAMA BOARD OF | ) |
| PARDONS AND PAROLE DIVISION | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

\_\_\_01/12/08_____   \_/s/  MARY GOLDTHWAITE\_\_\_\_\_
Date                                         Counsel Signature

 Mary Goldthwaite_____
Counsel for (print names of all parties)

Office of the Attorney General
11 South Union Street
Montgomery, AL  36130
Address, City, State Zip Code

334-353-9189
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Mary Goldthwaite, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, on this the 11th day of January, 2008.

Roianne Houlton Conner, Esq.
PO Box 240458
Montgomery, AL  36124

 January 11, 2008                                             /s/  MARY GOLDTHWAITE
        Date                                                              Signature