UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

| | |
|---|---|
| ANN J. CARGO | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:07-cv-1065-CSC |
| | ) |
| THE STATE OF ALABAMA | ) |
| Board of Pardons and Parole | ) |
| Division | ) |
| | ) |
|    Defendant. | ) |

## REPORT OF PARTIES' PLANNING MEETING

**1.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on February 14, 2008, by telephone, and was attended by:

Roianne Houlton Conner, for the Plaintiff Ann Cargo;

Mary Goldthwaite for the Defendant State of Alabama Board of Pardons and Parole Division.

**2.** **Pre- discovery Disclosures.** The parties will exchange by March 10, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

**3.** **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

- Discovery will be needed on the following subjects: Plaintiff's claims, Defendant's defenses, and damages issues.

- All discovery commenced in time to be completed by April 13, 2009.

- Maximum of <u>forty (40)</u> interrogatories by each party to any other party. (Responses due thirty (30) days after service.)

- Maximum of <u>thirty (30)</u> requests for admission by each party to any other party. (Responses due within thirty (30) days after service.)

- Maximum of <u>twelve (12)</u> depositions by the Plaintiff and <u>twelve (12)</u> depositions by the Defendant.

- Reports for retained experts under Rule 26(a)(2) due:

    From Plaintiff by <u>August 18, 2008</u>; and

    From Defendant by <u>October 20, 2008</u>

- Supplementations under Rule 26(e) are due as soon as reasonably possible after the information or documents are discovered but no later than 30 days before the close of discovery.

4. **Other Items.**

- The parties do not request a conference with the Court before entry of the Scheduling Order.

- The parties request a pretrial conference in <u>June 2009</u>.

- Plaintiff should be allowed until <u>July 14, 2008</u> to join additional parties and until <u>July 14, 2008</u> to amend the pleadings.

- Defendant should be allowed until <u>August 14, 2008</u> to join additional parties and until <u>August 14, 2008</u> to amend the pleadings.

- All potentially dispositive motions should be filed by <u>March 27, 2009</u>.

- Settlement cannot be evaluated prior to undertaking discovery in this case.

- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   From Plaintiff by <u>June 12, 2009</u>

   From Defendants by <u>June 12, 2009</u>

- Parties should have <u>ten (10)</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

- The case should be ready for trial by <u>July 13, 2009</u> and at this time is expected to take approximately <u>3 to 4 days</u>.

Dated:  <u>February 14, 2008</u>

| | |
|---|---|
| /s/ ROIANNE HOULTON CONNER | /s/ MARY GOLDTHWAITE |
| Roianne Houlton Conner | Mary Goldthwaite |
| Counsel for Plaintiff | Assistant Attorney General |
| Attorney at Law | Counsel for Defendants |
| PO Box 240458 | OFFICE OF THE ATT. GENERAL |
| Montgomery, AL  36124 | 11 South Union Street |
| (334) 215-1988 | Montgomery, AL  36130 |
| | (334) 353-9189 |