IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 FEB 13 P 1:20

| | | |
|---|---|---|
| ANN J. CARGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv1065-CSC |
| | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28. U.S.C. § 636(c). the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court. hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial. and ordering the entry of a final judgment.

2/13/08
Date

_[Signature]_
Signature

Ann Cargo
Counsel For (**print** name of all parties)

250 Warton N. Blount Loop
Montgomery, Ala. 36117
Address. City. State Zip Code

334-215-1988
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

3