IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 FEB 14  P 2: 38

| | |
|---|---|
| ANN J. CARGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv1065-CSC |
| | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2/14/08
Date

*Mary Goldthwaite* (signature)
Signature

State of Alabama Bd. of Pardon & Parole Div.
Counsel For (**print** name of all parties)

11 S. Union St., Monty AL 36130
Address, City, State Zip Code

334-353-9189
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

3